Christopher Berry, State Bar No. 283987
Matthew Liebman, State Bar No. 248861
cberry@aldf.org
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Ave.
Cotati, CA 94931
Tel: 707.795.2533/Fax: 707.795.7280

Margaret B. Kwoka (Admitted *Pro Hac Vice*)
mkwoka@law.du.edu
UNIVERSITY OF DENVER STURM COLLEGE OF LAW
2255 E. Evans Ave
Denver CO 80208
Tel: 303.871.6275/ Fax: 303.871.6378

Attorneys for Plaintiffs

John S. Rossiter, State Bar No. 151113
JRossiter@perkinscoie.com
Lindsey E. Dunn (Admitted *Pro Hac Vice*)
LDunn@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Tel: 415.344.7000/ Fax: 415.344.7050

Attorneys for Animal Legal Defense Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, STOP ANIMAL EXPLOITATION NOW, COMPANION ANIMAL PROTECTION SOCIETY, and ANIMAL FOLKS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and ANIMAL AND PLANT HEALTH INSPECTION SERVICES,<br><br>Defendants. | Case No. 3:17-cv-00949-WHO<br><br>**STIPULATION; ORDER**<br><br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

1. Defendants have filed a Motion to Dismiss, the hearing for which is set for August 9, 2017.

2. In order to allow potential resolution of the Motion to Dismiss first, the parties stipulate to, and request, that the case management conference be moved to September 12, 2017, and that all associated deadlines be rescheduled accordingly.

IT IS SO STIPULATED.
Date: July 18, 2017                    Respectfully Submitted,

By: /s/ *John S. Rossiter*

    Christopher Berry, State Bar No. 283987
    cberry@aldf.org
    Matthew Liebman, State Bar No. 248861
    mliebman@aldf.org
    ANIMAL LEGAL DEFENSE FUND
    525 E. Cotati Ave.
    Cotati, CA 94931
    Telephone: 707.795.2533
    Facsimile: 707.795.7280

    Margaret B. Kwoka
    (admitted *Pro Hac Vice*)
    mkwoka@law.du.edu
    UNIVERSITY OF DENVER STURM COLLEGE OF LAW
    2255 E. Evans Ave
    Denver CO 80208
    Telephone: 303.871.6275
    Facsimile: 303.871.6378

Attorneys for Plaintiffs

    John S. Rossiter, State Bar No. 151113
    JRossiter@perkinscoie.com
    Lindsey E. Dunn (admitted *Pro Hac Vice*)
    LDunn@perkinscoie.com
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, CA 94105-3204
    Tel: 415.344.7000/ Fax: 415.344.7050

Attorneys for Animal Legal Defense Fund

(I, John S. Rossiter, attest that concurrence in the filing of this document has been obtained from each of the other Signatories.)

CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
MARCIA BERMAN
Assistant Branch Director
Civil Division

*/s/ Peter M. Bryce*
PETER M. BRYCE (IL Bar No. 6244216)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7138
Washington, D.C. 20044
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: August 1, 2017

_____
HON. WILLIAM H. ORRICK
United States District Judge