Christopher Berry, State Bar No. 283987
cberry@aldf.org
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Ave.
Cotati, CA 94931
Tel: 707.795.2533 ext. 1041/Fax: 707.795.7280

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, STOP ANIMAL EXPLOITATION NOW, COMPANION ANIMAL PROTECTION SOCIETY, and ANIMAL FOLKS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE and ANIMAL AND PLANT HEALTH INSPECTION SERVICES, <br><br> Defendants. | Case No. 3:17-cv-00949 <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Animal Legal Defense Fund, Stop Animal Exploitation Now, Companion Animal Protection Society, and Animal Folks and Defendants the United States Department of Agriculture ("USDA") and Animal and Plant Health Inspection Service ("APHIS") stipulate to the dismissal of the above-captioned case, with each party to bear its own fees and costs.

DATED: June 21, 2021

/s/ *Christopher A. Berry*[1]
Christopher Berry, State Bar No. 283987
cberry@aldf.org
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Ave.
Cotati, CA 94931
Telephone: 707.795.2533
Facsimile: 707.795.7280

**Attorney for Plaintiffs**

BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director Civil Division


/s/ *Peter M. Bryce*
Peter M. Bryce (IL Bar No. 6244216)
Senior Trial Counsel United States Department of Justice Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

**Attorney for Defendants**

---

[1] I, Christopher Berry, hereby attest, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.